UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID K. HUTCHESON,

        Plaintiff,        Case No. 1:13-cv-1174

v.        Honorable Paul L. Maloney

GENERAL MOTORS CORP/LLC et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's claims arising under federal law be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

IT IS FURTHER ORDERED that Plaintiff's remaining state-law claims, if any, be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).


Dated:   December 20, 2013                  /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge